ACCEPTED
15-25-00026-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 12:01 AM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. D-1-GN-23-004200**

| | | |
|---|---|---|
| DR. ERIC VANDERWERFF, D.C., | § | IN THE DISTRICT COURT IN |
| PLAINTIFF | § | 15th COURT OF APPEALS |
| V. | § | AUSTIN, TEXAS |
| | § | 3/18/2025 10:15:00 AM |
| TEXAS DEPARTMENT OF INSURANCE- | § | CHRISTOPHER A. PRINE |
| DIVISION OF WORKERS' COMPENSATION, | § | Clerk |
| DWC, and DWC COMMISSIONER JEFF NELSON | § | TRAVIS COUNTY, TEXAS |
| in his official capacity, | § | |
| DEFENDANTS | § | 455th JUDICIAL DISTRICT |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE COURT:

1.     Plaintiff, DR. ERIC VANDERWERFF, D.C., files this Notice of Appeal based on the final judgment on the signed on January 10, 2023.

2.    State Defendants, DWC Defendants, are the Texas Department of Insurance, Division of Workers' Compensation, DWC, and Commissioner Jeff Nelson, in his official capacity.

3.    Plaintiff appeals to the Fifteenth Court of Appeals in Austin, Texas.

4.    Plaintiff requests the District Clerk prepare a complete record of this matter.   Defendant does not believe a Reporter's Record transcription record is necessary without any testimony taken and summary rulings made.

Respectfully submitted,

/s/Brad McClellan
Bradley Dean McClellan
State Bar No. 13395980
Brad.McClellan@yahoo.com
Board Certified Workers' Compensation Law,
Texas Board of Legal Specialization
Law Office of Brad McClellan

2904 Bowman Avenue
Austin, Texas 78703
512-694-8843 (cell)
512-564-4284 fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing  and attached has been served on the below through their counsel of record by the method indicated below on March 17, 2025.

Lauren McGee
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-3203
Lauren.mcgee@oag.texas.gov
Attorney for Defendants

/s/ Brad McClellan
Bradley Dean McClellan